AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Alexander Wimbish<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)      5:24-MJ-00084-CHW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 16 to November 4, 2024  in the county of  Baldwin and Jones  in the Middle  District of  Georgia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Explosive Materials - Willfully Making a Threat |
| 18 U.S.C. § 876(c) | Mailing Threatening Communications |
| 18 U.S.C. § 1001(a)(2) | False Statements |
| 18 U.S.C. § 1038(a)(1) | False Information and Hoaxes - Criminal Violation |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

s/ James C. Maxwell
*Complainant's signature*

James C. Maxwell, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/04/2024

s/ Charles H. Weigle
*Judge's signature*

City and state: Macon, Georgia

Charles H. Weigle, United States Magistrate Judge
*Printed name and title*