1. Your affiant, James Maxwell, is a Special Agent of the Federal Bureau of Investigation (FBI). Upon being hired as a Special Agent with the FBI in 2020, I attended the FBI Academy in Quantico, Virginia, where I received extensive training on investigating various violations of federal law. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of federal criminal laws.

2. NICHOLAS WIMBISH is a resident of Milledgeville, Georgia.

3. On October 16, 2024, WIMBISH was working as a poll worker at the Jones County Elections Office, located in Gray, Georgia. WIMBISH wore a lanyard with a badge containing his full name and photo. While working, WIMBISH spoke with a friend and former poll worker, Person 1, who was at the Elections Office to vote. WIMBISH had a verbal altercation with another voter, Person 2, who was upset that WIMBISH and Person 1 were talking because Person 2 thought their conversation was distracting for voters.

4. According to information provided by Google and other providers, at approximately 7:21 p.m. EDT on October 16, 2024, WIMBISH used his cell phone to conduct a Google search for "Nicholas Wimbish jones county elections."

5. I performed this same Google search and found two online newspaper articles about WIMBISH serving as a poll worker. These articles also discuss Person 1, Person 3, and Person 4 serving as poll workers.

6. According to information provided by Google and other providers, between approximately 12:52 a.m. and 12:58 a.m. EDT on October 17, 2024, WIMBISH used his cell phone to conduct Google searches for "post office drop box" and the locations of several USPS drop boxes in Milledgeville, Georgia.

7. On October 22, 2024, the Jones County Elections Office received a letter via USPS addressed by hand to the Elections Superintendent at P.O. Box 1417, Gray, GA, 31032. The return address said the letter was from a "Jones County Voter." The letter was postmarked in Atlanta, Georgia, on October 18, 2024.

8. The Elections Superintendent deemed the letter suspicious due to the unusual handwriting on the envelope. The Elections Superintendent put on personal protective equipment and opened the letter in front of a security officer assigned to the building. After reading the letter, the Elections Superintendent immediately contacted local law enforcement

9. The letter was typewritten and addressed, by name, to the Elections Superintendent. It was dated October 17.

10. The letter stated, in part,

> Yesterday I had your young liberal woke idiot Nicholas Wimbish give me hell . . . He tries to influence peoples votes in line . . . I researched a newspaper article about Nicholas Wimbish and other woke liberal fraudsters impostering to be patriots. I found another young dumb liberal idiot guy I stood in line by in that paper too he was talking to. I recognized his picture now I know his name is [Person 1]. I am on the hunt for him because he is a closeted liberal election fraudster like Nicholas Wimbish. They were conspiring votes in my line then distracting voters from concentrating.

11. Based on my investigation, I believe that WIMBISH conducted the Google search on his own name to confirm what information was available about him and other poll workers online. I believe that WIMBISH wrote the letter pretending to be Person 2, because the letter references WIMBISH and Person 1 "distracting voters," the same complaint that Person 2 voiced the day before the letter was dated.

12. The letter further stated, in part,

> I saw young woke libs ladies [Person 3] and [Person 4]. A pic of one young lady has her fucking up my ballot so they all did it to everyone. Your woke liberal should look over their shoulder I have to do whatever it takes for [Candidate A] to win

Georgia. I know where they go. I know where they all live because I found home voting addresses for all them. The liberal young men will get beatdown if they fight me. They will get the treason punishment by firing squad if they fight back. . . . They should watch every move they make looking over their shoulder. The ladies are sexy and thick. I will do rage rape. They should watch every move they make and look over their shoulder. . . . Tell them I know where they live and will find them all one night. I will follow them on the road. You won't stop them so I will stop them from your election fraud. This is how patriots do it. Bad things will happen to prevent civil war. . . . They will learn a violent lesson about stealing our elections!

13. The letter was signed "Jones county voter." Below the typewritten letter and signature was the following handwritten note:



14. The handwritten note stated: "PS boom toy in early vote place, cigar burning, be safe." Based on my training and experience I know that "boom toy" may reference an explosive device and "cigar burning" may reference a delayed fuse ignitor.

15. On October 23, 2024, the FBI interviewed WIMBISH. WIMBISH told the FBI that on October 16, a voter whose name he did not know at the time chastised him for speaking with Person 1 because it prevented the voter from concentrating. The voter asked to see WIMBISH's identification badge and read WIMBISH's name out loud from it. WIMBISH was present when the letter was received on October 22 and, after reading the letter, identified the author of the letter as the voter from October 16, Person 2.

16. On October 23, 2024, WIMBISH did not tell the FBI that he had written and mailed the threatening letter. Instead, WIMBISH blamed the voter he had interacted with, Person 2.

3

WIMBISH did not tell the FBI that he had conducted a Google search for his own name or that he had researched the location of USPS drop boxes.

17. On November 4, 2024, the FBI searched, pursuant to legal process, a personal computer belonging to WIMBISH. The FBI found in the print spooler the letter referenced above. The FBI also found a document dated October 18, 2024 referencing a "BOOM TOY."

18. Based on the foregoing, I submit that there is probable cause to believe that WIMBISH violated 18 U.S.C. § 844(e) (bomb threats), 18 U.S.C. § 876(c) (mailing threats), 18 U.S.C. § 1001(a)(2) (false statements), and 18 U.S.C. § 1038(a)(1) (false information and hoaxes).

s/ James C. Maxwell
James C. Maxwell
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 on November 4, 2024.

s/ Charles H. Weigle
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE